**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01295-CV

### IN RE CATENARY GROUP, LLC, ET AL., Relators

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-12-06312-D

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relators' petition for writ of mandamus and **DENY** their motion for emergency temporary relief. We **ORDER** that relators bear the costs of this original proceeding.

/s/  DAVID L. BRIDGES
    JUSTICE